BRADLEY v. CRANE. (Supreme Court, Appellate Division, First Department. June 4, 1909.) Action by James Bradley against Thomas I. Crane. D. B. Ogden, for plaintiff. E. E. Sprague, for defendant. No opinion. Judgment ordered for plaintiff, on Mitchell v. Einstein, 105 App. Div. 413, 94 N. Y. Supp. 210. Settle order on notice.

BRAUN, Appellant, v. BUFFALO GENERAL ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by Charles Braun, as administrator, etc., against the Buffalo General Electric Company. No opinion. Judgment affirmed, with costs.

BREDEL, Respondent, v. KNASZAK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) Action by Peter M. Bredel against John Knaszak and others. No opinion. Order affirmed, with $10 costs and disbursements.

BRUENN, Appellant, v. LOWENSTEIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Dora C. Bruenn against Moritz Lowenstein and another. No opinion. Judgment affirmed, with costs.

BULKLEY, Respondent, v. WHITING MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Charles E. Bulkley against the Whiting Manufacturing Company. J. N. Hayes, for appellant. C. F. Brown, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BURKE, et al., Appellants, v. RECTOR, ETC., OF TRINITY CHURCH et al., Respondents. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by John Burke and others against the Rector, etc., of the Trinity Church and others. C. H. Beckett, for appellants. G. Zabriskie, for respondents. No opinion. Order (63 Misc. Rep. 43, 117 N. Y. Supp. 255) affirmed, with costs and disbursements. Order filed.

BURLISON, Respondent, v. HINSDALE, Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by John Burlison against William R. Hinsdale. No opinion. Motion denied.

BURLISON, Respondent, v. HINSDALE et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by John Burlison against William R. Hinsdale and another. No opinion. Motion denied.

BUTLER, Respondent, v. HOLAHAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by Jennie Butler against Thomas Holahan.
PER CURIAM. Judgment and order affirmed, with costs.
SPRING, J., dissents.

CAMERON v. WHITAKER. (Supreme Court, Appellate Term. June 25, 1909.) Appeal from City Court of New York, Trial Term. Action by Philip Cameron against Frederick W. Whitaker. Judgment for plaintiff, and defendant appeals. Judgment affirmed. Henry Best, for appellant. Milton M. Leichter and Hyman Turchin, for respondent.
PER CURIAM. Judgment affirmed, with costs.
MacLEAN, J. I dissent, on the ground that the conduct and the language of the plaintiff, as uncontradictedly testified by five witnesses, numerous others being present in court, but not called, on the suggestion of the learned trial justice that their testimony would be cumulative, amply justified the plaintiff's discharge.

CARR, Appellant, v. CARR, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 6, 1909.) Action by Lida E. Carr against Frank J. Carr.
PER CURIAM. Motion to dismiss appeal denied, without costs. No case and exceptions are necessary. The appeal may be presented to this court upon the papers, including the stenographer's minutes. These minutes need not be printed, but presented to the court. Appeal to be argued during the present term at such time as the attorneys may agree upon, and in case of their inability to agree at such time as the Presiding Justice may designate.

CATAROUOZZOLO v. SITO et al. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Felice Catarouozzolo against Gennaro Sito and another.
PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the evidence of the declaration of Sito, four months afterwards, to the plaintiff, that he did not remit the money, was allowed against the surety, and without such evidence judgment could not be rendered.

CAUGHEY v. LEWIS. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Appeal from Special Term, New York County. Action by Clemens J. Caughey against Arthur B. Lewis. From an order granting a motion for a bill of particulars, plaintiff appeals. Modified, and, as modified, affirmed. William P. Maloney, for appellant. Wilson Lee Cannon, for respondent.
PER CURIAM. The order appealed from should be modified, by striking from the end of the subdivision marked "3" thereof the words "and the value of each particular item of such alleged services," and, as thus modified, affirmed, without costs.

CAUGHEY v. LEWIS. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Appeal from Special Term, New York County. Action by Clemens J. Caughey against Arthur B. Lewis. From an order granting a motion for an additional bill of particulars, plaintiff appeals. Modified, and, as modified,